**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF OKLAHOMA**
**OKLAHOMA CITY DIVISION**

IN RE:                                                    §
                                                          §
**FAIRFAX BEST LIVING, LLC,**                             §                    **CASE NO. 26-11985**
                                                          §
Debtor.                                                   §                    **Chapter 11**

**CORPORATE OWNERSHIP STATEMENT**

Pursuant to Fed. R. Bank. P. 7007.1 and to enable the Judge to evaluate possible disqualification or recusal, the corporate party states that:

> The following corporations, other than the Debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporate party's equity interests:

OR

☑ There are no such entities to report.

I, ___Marc Kulick___, of ___Fairfax Best Living LLC___ declare under penalty of perjury that I have read the foregoing statement and that it is true and correct to the best of my information and belief.

Dated: June 15, 2026

By: *Marc L. Kulick*
Printed Name: Marc L. Kulick
Title: Asset Manager