Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Fairfax Best Living, LLC** |
| United States Bankruptcy Court for the: | **Western District of Oklahoma** |
| Case number (if known): | **26-11985** |

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders    **12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 Zumper, Inc. Dept 0354 PO Box 120354 DALLAS, TX 75312-0354 | | | | | | $332,701.43 |
| 2 HD Supply Remittance SAN DIEGO, CA 92150 | | | | | | $50,300.66 |
| 3 City of Midwest City 100 N Midwest Blvd MIDWEST CITY, OK 73110 | | | | | | $40,247.46 |
| 4 M&M Painting and Construction 27018 BLANCO RD SAN ANTONIO, TX 78260-5166 | | | | | | $21,270.00 |
| 5 OG&E PO BOX 24990 OKLAHOMA CITY, OK 73124-0990 | | | | | | $20,565.80 |
| 6 Johnson Fitness & Wellness 1600 LANDMARK DR COTTAGE GROVE, WI 53527-8967 | | | | | | $19,976.89 |
| 7 Entrata Inc. PO BOX 30015 SALT LAKE CTY, UT 84130-0015 | | | | | | $15,194.00 |
| 8 APPLIANCE WAREHOUSE OF AMERICA PO Box 85321 Chicago, IL 60689 | | | | | | $14,840.79 |

Debtor    **Fairfax Best Living, LLC**                                        Case number *(if known)*    **26-11985**
          Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 Costar - Apartments.com<br>2563 Collection Center Dr<br>CHICAGO, IL 60693 | | | | | | $13,792.00 |
| 10 Vesta Landscaping Services, LLC<br>6400 W 110TH ST STE 201<br>LEAWOOD, KS 66211-1585 | | | | | | $12,058.00 |
| 11 REFIT Services, LLC<br>2220 N Classen Blvd<br>OKLAHOMA CITY, OK 73106 | | | | | | $9,129.21 |
| 12 Legit Carpet Cleaning<br>121 SW 32ND ST<br>OKLAHOMA CITY, OK 73109-6527 | | | | | | $8,909.00 |
| 13 RLL, Renters Legal Liability<br>101 E Washington Blvd, 10th floor<br>FORT WAYNE, IN 46804 | | | | | | $7,596.86 |
| 14 Redi Carpet Sales of Oklahoma LLC<br>PO BOX 971442<br>DALLAS, TX 75397-1442 | | | | | | $6,937.26 |
| 15 J-MAR FLOORING AND CARPET CLEANING<br>5101 SW 36TH ST<br>OKLAHOMA CITY, OK 73179-8619 | | | | | | $6,796.70 |
| 16 Saldierna Remodeling<br>PO BOX 582061<br>TULSA, OK 74158-2061 | | | | | | $5,500.00 |
| 17 KJ Cleaning & Remodeling, LLC<br>3312 CHEEK PL<br>DEL CITY, OK 73115-1628 | | | | | | $4,717.00 |
| 18 Tre's Make Ready<br>11010 N MAY AVE APT 239<br>OKLAHOMA CITY, OK 73120-6324 | | | | | | $4,412.50 |
| 19 Baer & Timberlake, P.C.<br>PO BOX 18486<br>OKLAHOMA CITY, OK 73154-0486 | | | | | | $4,112.50 |
| 20 AZ Partsmaster<br>7125 W SHERMAN ST<br>PHOENIX, AZ 85043-4773 | | | | | | $4,038.38 |