UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF OKLAHOMA
OKLAHOMA CITY DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| FAIRFAX BEST LIVING, LLC, | § | CASE NO. 26-11985-sah |
| | § | |
| | § | |
| Debtor. | § | Chapter 11 |

### AMENDMENT COVER SHEET FOR
### AMENDED MATRIX

This document:

**X** Replaces the previous filed document(s). [Verification of List of Creditors at Dkt. No. 6.]

**SUMMARY OF REVISIONS: To comply with following corrective entry on docket:**

"Corrective Entry - Correction needed on docket entry 6 Verification of List of Creditors. Pleading was not signed personally or electronically by the Attorney. Please file an amended pleading that includes the original handwritten or electronic signature of the Attorney. If the ECF system has a specific Amended event for this pleading, use that event. If not, then use the original event and select Amended from the Dropdown Box. Signature of Attorney must contain the complete signature block. If the correction is not made by the close of business on 6/22/2026 the entry will be stricken. (dwebs, ca)

Per the Court's instructions, the attached Amended Matrix is electronically signed by the attorney for the Debtor with complete signature block, signed in the original by the Debtor's representative, and the Debtor's signature block has been corrected.

Date: June 22, 2026

I declare under penalty of perjury that the foregoing is true and correct.

_____
Marc L. Kulick, Manager of Louis Investments. LLC, the Manager of Fairfax Holding Company, LLC, the Manager of the Debtor
**X**   Represented by Counsel

1

Approved by:

*/s/ Joyce W. Lindauer*
Joyce W. Lindauer
Texas State Bar No. 21555700
Lindauer & Vaughn
117 S. Dallas Street
Ennis, Texas 75119
Telephone No.: (972) 503-4033
Fax No.: (972) 503-4034
Email: joyce@joycelindauer.com
Proposed Counsel for Debtor

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF OKLAHOMA**
**OKLAHOMA CITY DIVISION**

IN RE: **Fairfax Best Living, LLC**                                          CASE NO 26-11985

CHAPTER **11**

**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date __06/22/26__          Signature _____

Marc L. Kulick, Manager of Louis Investments, LLC, the
Manager of Fairfax Holding Company, LLC, the Manager
of the Debtor


/s/ Joyce W. Lindauer
_____
Joyce W. Lindauer
Texas State Bar No. 21555700
Lindauer & Vaughn
117 S. Dallas Street
Ennis, TX 75119
Telephone: (972) 503-4033
Fax No.: (972) 503-4034
Proposed Counsel for Debtor

**Affordable and Reliable
Plumbing Heating and Air**
12029 PECK DR
SPENCER, OK 73084-8423

**Answer Advantage**
131 N Glendale
WICHITA, KS 67208

**Apartment Association of
Central Oklahoma**
6501 BROADWAY EXT STE 240
OKLAHOMA CITY, OK 73116-8246

**APPLIANCE WAREHOUSE OF
AMERICA**
PO Box 85321
Chicago, IL 60689

**Arcadia Printing**
14956 S GRANT ST
BIXBY, OK 74008-3834

**Ashe's Remodeling**
1332 DAMRON DR
MIDWEST CITY, OK 73110-1404

**AZ Partsmaster**
7125 W SHERMAN ST
PHOENIX, AZ 85043-4773

**Backwoods Pest Service Inc.**
PO BOX 1383
NEWCASTLE, OK 73065

**Baer & Timberlake, P.C.**
PO BOX 18486
OKLAHOMA CITY, OK 73154-0486

**Beetle Juice Pest Control**
172443 N 2790 RD
DUNCAN, OK 73533-7201

**BH Capital**
Attn: Simon Isaacov
347 5th Ave
New York, NY 10016

**Birdeye, Inc.**
2479 E BAYSHORE RD STE 188
PALO ALTO, CA 94303-3245

**Boomerang Printing**
3615 S HARVARD AVE
TULSA, OK 74135-2227

**City of Midwest City**
100 N Midwest Blvd
MIDWEST CITY, OK 73110

**Common Energy Solutions, Inc.**
6904 NW 57TH ST
BETHANY, OK 73008-2018

**Conservice LLC**
PO BOX 4696
LOGAN, UT 84323-4696

**Costar - Apartments.com**
2563 Collection Center Dr
CHICAGO, IL 60693

**Cox Business**
PO BOX 650963
DALLAS, TX 75265-0963

**Damis Holdings**
50 Quality Street #110357
Trumbull, CT 06611

**DETCO INDUSTRIES**
PO BOX 430
CONWAY, AR 72033-0430

**Diakrit USA Inc**
420 S ORANGE AVE STE 500
ORLANDO, FL 32801-3399

**E&D Remodeling and Siding, LLC**
5536 WILLOW CLIFF RD
OKLAHOMA CITY, OK 73122-6362

**Elite Investigations & Process, LLC**
PO BOX 32501
OKLAHOMA CITY, OK 73123-0701

**Entrata Inc.**
PO BOX 30015
SALT LAKE CTY, UT 84130-0015

**Flux Electric LLC**
1717 S WEBSTER DR
MIDWEST CITY, OK 73130-6711

**Freshworks Inc.**
2950 S DELAWARE ST STE 201
SAN MATEO, CA 94403-2578

**H&A Investments LLC**
801 W ABI RD
WASHINGTON, OK 73093-9704

**HD Supply**
Remittance
SAN DIEGO, CA 92150

**J-MAR FLOORING AND CARPET CLEANING**
5101 SW 36TH ST
OKLAHOMA CITY, OK 73179-8619

**Johnson Controls Building Efficiency**
PO Box 730068
DALLAS, TX 75373

**Johnson Fitness & Wellness**
1600 LANDMARK DR
COTTAGE GROVE, WI 53527-8967

**KJ Cleaning & Remodeling, LLC**
3312 CHEEK PL
DEL CITY, OK 73115-1628

**Legit Carpet Cleaning**
121 SW 32ND ST
OKLAHOMA CITY, OK 73109-6527

**Leslie's Swimming Pool Supplies**
PO BOX 501162
SAINT LOUIS, MO 63150-1162

**Lincoln Construction**
12720 Arrowhead Dr
OKLAHOMA CITY, OK 73120

**M&M Painting and Construction**
27018 BLANCO RD
SAN ANTONIO, TX 78260-5166

**Marc Kulick**
4920 E 113th Street
Tulsa, OK 74137

**Martell Heating and Air LLC**
PO BOX 1236
CHOCTAW, OK 73020-1236

**MBR Construction Electric Inc**
6001 SE 156TH ST
OKLAHOMA CITY, OK 73165-7204

**Mirian Housekeeping**
PO BOX 57394
OKLAHOMA CITY, OK 73157-7394

**Neuman, Pollak & Assoc., PA**
124 SLADE AVE STE 110
BALTIMORE, MD 21208-4900

**OG&E**
PO BOX 24990
OKLAHOMA CITY, OK 73124-0990

**Oklahoma Fitness Repair**
2011 W DANFORTH RD # 111
EDMOND, OK 73003-4685

**Oklahoma Natural Gas
Company**
15 E 5th St
TULSA, OK 74103

**Preferred Resurfacing LLC**
12710 ARBOR MEADOWS LN
OKLAHOMA CITY, OK 73165-6543

**Redi Carpet Sales of
Oklahoma LLC**
PO BOX 971442
DALLAS, TX 75397-1442

**REFIT Services, LLC**
2220 N Classen Blvd
OKLAHOMA CITY, OK 73106

**Rent Dynamics**
PO Box 30015
SALT LAKE CITY, UT 84130

**Rent Group Inc**
PO BOX 740925
ATLANTA, GA 30374-0925

**ResMan, LLC**
2901 Dallas Pkwy Ste 200
PLANO, TX 75093

**RLL, Renters Legal Liability**
101 E Washington Blvd, 10th floor
FORT WAYNE, IN 46804

**Rosell & Love PLLC**
101 N ROBINSON AVE STE 700
OKLAHOMA CITY, OK 73102-5500

**Saldierna Remodeling**
PO BOX 582061
TULSA, OK 74158-2061

**Saperean Capital IV TB Note
Lender KD4, LLC**
c/o Kiran A. Phansalkar
Conner Winters
211 N. Robinson Ave., Suite 1700
Oklahoma City, OK 73102

**Shoals Process LLC**
3305 DEL RANCHO DR
DEL CITY, OK 73115-4924

**Stanley Steemer
International, Inc**
5800 Innovation Drive
DUBLIN, OH 43016

**Swift Pest Services, LLC**
4 NE 10TH ST # 473
OKLAHOMA CITY, OK 73104-1402

**Tre's Make Ready**
11010 N MAY AVE APT 239
OKLAHOMA CITY, OK 73120-6324

**Vesta Capital LLC**
1422 E 71st Street Ste J
Tulsa, OK 74136

**Vesta Holdings LLC**
1422 E 71st Street Ste J
Tulsa, OK 74136

**Vesta Landscaping Services, LLC**
6400 W 110TH ST STE 201
LEAWOOD, KS 66211-1585

**Vesta Realty LLC**
1422 E 71st Street Ste J
Tulsa, OK 74136

**Winstar Marketing**
PO BOX 7231
WACO, TX 76714

**Woodside Construction Services LLC**
117 W 11TH ST
BARTLESVILLE, OK 74003-4712

**Zerorez Oklahoma City**
14300 N Lincoln Blvd. Suite 108
OKLAHOMA CITY, OK 73013

**Zumper, Inc.**
Dept 0354
PO Box 120354
DALLAS, TX 75312-0354