Joyce W. Lindauer
Texas State Bar No. 21555700
Lindauer & Vaughn
117 S. Dallas St.
Ennis, Texas 75119
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
Email: joyce@joycelindauer.com
PROPOSED ATTORNEYS FOR DEBTOR

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **In re:** | ) | **Case No. 26-11985-sah** |
| | ) | |
| **FAIRFAX BEST LIVING, LLC,** | ) | **Chapter 11** |
| | ) | |
| **Debtor.** | ) | |

### DEBTOR'S EMERGENCY MOTION FOR AUTHORITY
### TO USE CASH COLLATERAL, BRIEF IN SUPPORT,
### NOTICE OF OPPORTUNITY FOR HEARING,
### AND NOTICE OF HEARING

### NOTICE OF OPPORTUNITY FOR HEARING

**Your rights may be affected. You should read this document carefully and consult with your attorney about your rights and the effect of this document. If you do not want the court to grant the requested relief, or you wish to have your views considered, YOU MUST FILE A WRITTEN RESPONSE OR OBJECTION TO THE REQUESTED RELIEF WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF OKLAHOMA, 215 DEAN A. MCGEE AVENUE, OKLAHOMA CITY, OK 73102, NO LATER THAN 5:00 P.M. ON JULY 2, 2026. You should also serve a file-stamped copy of your response or objection on the undersigned movant's attorney and any others who are required to be served. If no response or objection is timely filed, the court may grant the requested relief without a hearing or further notice.**

### NOTICE OF HEARING

**AN EXPEDITED HEARING ON THIS MOTION HAS BEEN SET FOR JULY 8, 2026 AT 10:00 A.M. BEFORE THE HONORABLE SARAH A. HALL, 9TH FLOOR COURTROOM, UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF OKLAHOMA, 215 DEAN A. MCGEE AVENUE, OKLAHOMA CITY, OKLAHOMA 73102.**

1

**TO THE HONORABLE UNITED STATES BANKRUPTCY COURT:**

COMES NOW Fairfax Best Living, LLC, the debtor in the above-styled and numbered case (the "Debtor"), and files this *Emergency Motion to Authority to Use Cash Collateral, Brief in Support, Notice of Opportunity for Hearing and Notice of Hearing* (the "Motion"), and in support of same would respectfully show the Court as follows:

**JURISDICTION AND VENUE**

1.     This Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409. This Motion concerns the administration of the Debtor's bankruptcy estate and therefore is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A), (D), (K), (M), and (O).

**FACTUAL BACKGROUND**

2.     A group of four related debtors (including this Debtor) filed Chapter 11 cases in this Court:  Fairfax Investors, LLC (Case No. 26-11984); Fairfax Best Living, LLC (Case No. 26-11985); Woodland Oaks Best Living, LLC (Case No. 26-11986); and Woodland Oaks Investors, LLC (Case No. 26-11987) (collectively referred to herein as the "Debtors"). The Debtors have filed, or are contemporaneously filing, a motion for joint administration of these cases[1].

3.     On June 12, 2026 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code in this Court. Prior to the Petition Date, on or about February 4, 2026, the District Court of Oklahoma County, State of Oklahoma, entered an *Amended Agreed Order of Appointment of a Receiver* in the case styled *Saperean Capital IV TB*

---

[1] Because joint administration has not yet been granted, similar versions of this Motion will be filed contemporaneously in all the Debtors' cases.

2

*Note Lender KD4, LLC v. Woodland Oaks Best Living, LLC, et. al*. (including the Debtor herein), Case No. CJ-2025-8499.

4.      The Debtors continue to operate and manage their property as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code, subject to the receivership described above. No trustee or examiner has been appointed, and no official committee has been appointed.

5.      The Debtors own two multi-family apartment complexes located in Oklahoma (together, the "Properties"): (a) the apartment complex known as "Fairfax Apartments" or "Fairfax," located at 7801 NE 10th Street, Midwest City, Oklahoma 73110, which is owned as tenants in common by Fairfax Best Living, LLC and Fairfax Investors, LLC; and (b) the apartment complex known as "Woodland Oaks Apartments" or "Woodland Oaks," located at 7142 South 92nd East Avenue, Tulsa, Oklahoma 74133, which is owned as tenants in common by Woodland Oaks Best Living, LLC and Woodland Oaks Investors, LLC.

6.      In order for the Debtors to maintain their current business operations, the Debtors need to reinvest a portion of the post-petition account collections from their business operations to pay normal operating expenses and payroll, as well as to pay the fees and expenses of its professionals in the course of the Debtors' reorganization efforts. Because the needed proceeds, at least in part, constitute "cash collateral" (as defined in Bankruptcy Code Section 363(a)), the Debtors hereby seek authority to use the cash collateral pursuant to Bankruptcy Code Section 363(c)(2).

7.      In support of this Motion, the Debtor relies upon and incorporates by reference the following exhibits: the 13-week cash-flow budgets for Fairfax (**Exhibit A**) and Woodland Oaks (**Exhibit B**).

3

**THE DEBTORS' OBLIGATIONS**

8.     Saperean Capital IV TB Note Lender KD4, LLC (the "Pre-Petition Lender") asserts a claim of approximately $68,000,000.00 against each of the Debtors, together with interest fees and costs, secured by Debtors' assets (the "Pre-Petition Collateral").

**THE DEBTORS' NEED TO USE CASH COLLATERAL**

9.     Section 363(a) of the Bankruptcy Code defines "cash collateral" to mean cash, negotiable instruments, documents of title, securities, deposit accounts or other cash equivalents, whenever acquired, in which the estate and an entity other than the estate have an interest and includes the proceeds, products, offspring, rents, or profits of property subject to a security interest as provided in Section 552(b) of the Bankruptcy Code, whether arising before or after the commencement of a case under the Bankruptcy Code, See 11 U.S.C. § 363(a).

10.     Section 363(c)(2) of the Bankruptcy Code provides that a debtor may not use, sell, or lease cash collateral unless (i) each entity that has an interest in such cash collateral consents; or (ii) the court, after notice and hearing, authorizes the use of the cash collateral. See 11 U.S.C. § 363(c)(2).

11.     The Debtors expect they will generate substantial tenant rent collections which will be necessary to pay ordinary operating expenses.

12.     For the Debtors to maintain their current business operations, the Debtors need to use the proceeds from their rent collections to pay normal operating expenses.

13.     Additionally, the Debtors have an immediate need to fund payroll expenses, property maintenance, and other overhead expenses related to the ordinary course of its business, as well as to pay the professionals retained by the Debtors to assist it in their reorganization efforts.

14.    The Debtors' ability to (i) maintain their operations, (ii) successfully reorganize their financial affairs, and (iii) eventually repay their secured and unsecured creditors, depends upon the Debtors' ability to use the cash collateral.

15.    An estimated budget detailing the Debtors' anticipated need for cash collateral for a thirteen (13) week period (the "Budgets") is attached hereto as Exhibits A and B.

16.    To adequately protect the interest of the holder of the liens on Debtors' accounts, accounts receivable and cash collections in the cash collateral, the Debtors propose the following forms of adequate protection, subject to approval by this Court:

a.    The Debtors shall only expend cash collateral for the items set forth in the Budget, with a line-item variance of 15% each month and a total variance of 15% each month;

b.    The Debtors will provide the Pre-Petition Lender with replacement liens (to the extent valid pre-petition liens exist) in the Debtors' assets, subject only to prior non-avoidable liens, excluding only causes of action arising under chapter 5 of the Bankruptcy Code; and

c.    The Debtor will provide the Pre-Petition Lender with a monthly budget-to-actual variance report. This report will be delivered within twenty (20) days after the end of the previous month.

17.    Absent further agreement or approval of the Court, authority to use cash collateral shall expire at the conclusion of the Interim Period.

18.    The Debtors believe that the adequate protection offered herein sufficiently protects the respective interests in the cash collateral.

## IMMEDIATE RELIEF IS NEEDED IN ORDER TO AVOID IMMEDIATE AND IRREPARABLE HARM TO THE DEBTOR'S ESTATE

19.     Bankruptcy Rule 4001(b)(2) provides that a final hearing on a cash collateral motion cannot be commenced earlier than fourteen (14) days after service of the motion. Under Bankruptcy Rule 9006(c)(2), this time period may not be shortened. However, Bankruptcy Rule 4001(b)(2) authorizes the Court to determine that, on a preliminary basis, the Debtors may use cash collateral, but only in an amount necessary to avoid immediate and irreparable harm to the estates.

20.     The Debtors request that the Court approve, on both an interim and final basis, their proposed use of cash collateral in accordance with the Budgets attached as Exhibits A and B hereto. The Debtors estimate that until a final hearing on this Emergency Motion can be held and a final order entered on this Motion (the "Interim Period"), the Debtors will need to pay certain expenses, as set forth in the Budgets.

21.     The Debtors' estates will suffer immediate and irreparable harm if the Debtors are not authorized to use the cash collateral during the Interim Period as requested herein.

22.     This Motion is supported by the Declaration of Marc Kulick filed at Docket No. 28.

## REQUEST FOR RELIEF

WHEREFORE, the Debtor requests that the Court enter an interim order in substantially the form attached hereto as **Exhibit C** (i) authorizing the Debtors' use during the Interim Period of the cash collateral as set forth in Exhibits A and B, (ii) setting a final hearing not less than fourteen (14) days from service of this Emergency Motion (iii) granting the adequate protection as outlined herein to the extent the Debtors use the cash collateral as requested in this Motion, and (iv) granting the Debtor such other relief as is proper.

Dated: June 24, 2026.

Respectfully submitted,

*/s/ Joyce W. Lindauer*

Joyce W. Lindauer
Texas State Bar No. 21555700
Lindauer & Vaughn
117 S. Dallas Street
Ennis, Texas 75119
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
Email: joyce@joycelindauer.com
PROPOSED ATTORNEYS FOR
DEBTORS

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 24, 2026, a true and correct copy of the foregoing document was served via the Court's CM/ECF system upon all parties registered to receive electronic notice in these cases, via United States first class mail, postage prepaid, on the parties on the attached service list; and by email on the parties listed below.

**RECEIVER**

Scott Shefman
Friedman Real Estate Management
C/O Andrea Bouchard
34975 West Twelve Mile Rd.
Farmington Hills, MI, 48331
Email: andrea.bouchard@freg.com

**COUNSEL FOR RECEIVER**

Lauren C. Fabela, OBA #33666
Gordon Rees Scully Mansukhani, LLP
3030 NW Expressway, Suite 300 #682
Oklahoma City, OK 73112
Email: lfabela@grsm.com

7

**COUNSEL FOR SAPEREAN CAPITAL IV TB NOTE LENDER KD4, LLC**

Kiran A. Phansalkar
Conner & Winters
1700 One Leadership Square
211 North Robinson Avenue
Oklahoma City, OK 73102
Email: KPhansalkar@cwlaw.com

**COUNSEL FOR THE UNITED STATES TRUSTEE**

Marjorie J. Creasey
Department of Justice, U.S. Trustee
215 Dean A. McGee Ave., Suite 408
Oklahoma City OK 73102
Email: marjorie.creasey@usdoj.gov

*/s/ Joyce W. Lindauer*
Joyce W. Lindauer

Label Matrix for local noticing
1087-5
Case 26-11985
Western District of Oklahoma
Oklahoma City
Wed Jun 24 10:33:33 CDT 2026

Fairfax Best Living, LLC
1422 E. 71st St.
Suite J
Tulsa, OK 74136-5060

APPLIANCE WAREHOUSE OF AMERICA
PO Box 85321
Chicago, IL 60689-5318

AZ Partsmaster
7125 W SHERMAN ST
PHOENIX, AZ 85043-4773

Affordable and Reliable Plumbing Heating and
12029 PECK DR
SPENCER, OK 73084-8423

Answer Advantage
131 N Glendale
WICHITA, KS 67208-4022

Apartment Association of Central Oklahoma
6501 BROADWAY EXT STE 240
OKLAHOMA CITY, OK 73116-8246

Arcadia Printing
14956 S GRANT ST
BIXBY, OK 74008-3834

Ashe's Remodeling
1332 DAMRON DR
MIDWEST CITY, OK 73110-1404

BH Capital
Attn: Simon Isaacov
347 5th Ave
New York, NY 10016-5010

Backwoods Pest Service Inc.
PO BOX 1383
NEWCASTLE, OK 73065-1383

Baer & Timberlake, P.C.
PO BOX 18486
OKLAHOMA CITY, OK 73154-0486

Beetle Juice Pest Control
172443 N 2790 RD
DUNCAN, OK 73533-7201

Birdeye, Inc.
2479 E BAYSHORE RD STE 188
PALO ALTO, CA 94303-3245

Boomerang Printing
3615 S HARVARD AVE
TULSA, OK 74135-2227

City of Midwest City
100 N Midwest Blvd
MIDWEST CITY, OK 73110-4327

Common Energy Solutions, Inc.
6904 NW 57TH ST
BETHANY, OK 73008-2018

Conservice LLC
PO BOX 4696
LOGAN, UT 84323-4696

Costar - Apartments.com
2563 Collection Center Dr
CHICAGO, IL 60693-0025

Cox Business
PO BOX 650963
DALLAS, TX 75265-0963

DETCO INDUSTRIES
PO BOX 430
CONWAY, AR 72033-0430

Damis Holdings
50 Quality Street #110357
Trumbull, CT 06611-7715

Diakrit USA Inc
420 S ORANGE AVE STE 500
ORLANDO, FL 32801-3399

E&D Remodeling and Siding, LLC
5536 WILLOW CLIFF RD
OKLAHOMA CITY, OK 73122-6362

Elite Investigations & Process, LLC
PO BOX 32501
OKLAHOMA CITY, OK 73123-0701

Entrata Inc.
PO BOX 30015
SALT LAKE CTY, UT 84130-0015

Flux Electric LLC
1717 S WEBSTER DR
MIDWEST CITY, OK 73130-6711

Freshworks Inc.
2950 S DELAWARE ST STE 201
SAN MATEO, CA 94403-2578

H&A Investments LLC
801 W ABI RD
WASHINGTON, OK 73093-9704

HD Supply
Remittance
SAN DIEGO, CA 92150

J-MAR FLOORING AND CARPET CLEANING
5101 SW 36TH ST
OKLAHOMA CITY, OK 73179-8619

Johnson Controls Building Efficiency
PO Box 730068
DALLAS, TX 75373-0068

Johnson Fitness & Wellness
1600 LANDMARK DR
COTTAGE GROVE, WI 53527-8967

KJ Cleaning & Remodeling, LLC
3312 CHEEK PL
DEL CITY, OK 73115-1628

Legit Carpet Cleaning
121 SW 32ND ST
OKLAHOMA CITY, OK 73109-6527

Leslie's Swimming Pool Supplies
PO BOX 501162
SAINT LOUIS, MO 63150-1162

Lincoln Construction
12720 Arrowhead Dr
OKLAHOMA CITY, OK 73120-8827

M&M Painting and Construction
27018 BLANCO RD
SAN ANTONIO, TX 78260-5166

MBR Construction Electric Inc
6001 SE 156TH ST
OKLAHOMA CITY, OK 73165-7204

Marc Kulick
4920 E 113th Street
Tulsa, OK 74137-7606

Martell Heating and Air LLC
PO BOX 1236
CHOCTAW, OK 73020-1236

Mirian Housekeeping
PO BOX 57394
OKLAHOMA CITY, OK 73157-7394

Neuman, Pollak & Assoc., PA
124 SLADE AVE STE 110
BALTIMORE, MD 21208-4900

OG&E
PO BOX 24990
OKLAHOMA CITY, OK 73124-0990

Oklahoma Fitness Repair
2011 W DANFORTH RD # 111
EDMOND, OK 73003-4685

Oklahoma Natural Gas Company
15 E 5th St
TULSA, OK 74103-4326

Preferred Resurfacing LLC
12710 ARBOR MEADOWS LN
OKLAHOMA CITY, OK 73165-6543

REFIT Services, LLC
2220 N Classen Blvd
OKLAHOMA CITY, OK 73106-5809

RLL, Renters Legal Liability
101 E Washington Blvd, 10th floor
FORT WAYNE, IN 46802-3145

Redi Carpet Sales of Oklahoma LLC
PO BOX 971442
DALLAS, TX 75397-1442

Rent Dynamics
PO Box 30015
SALT LAKE CITY, UT 84130-0015

Rent Group Inc
PO BOX 740925
ATLANTA, GA 30374-0925

ResMan, LLC
2901 Dallas Pkwy Ste 200
PLANO, TX 75093-5982

Rosell & Love PLLC
101 N ROBINSON AVE STE 700
OKLAHOMA CITY, OK 73102-5500

Saldierna Remodeling
PO BOX 582061
TULSA, OK 74158-2061

Saperean Capital IV TB Note Lender KD4, LLC
c/o Kiran A. Phansalkar
Conner Winters
211 N. Robinson Ave., Suite 1700
Oklahoma City, OK 73102-7261

Shoals Process LLC
3305 DEL RANCHO DR
DEL CITY, OK 73115-4924

Stanley Steemer International, Inc
5800 Innovation Drive
DUBLIN, OH 43016-3271

Swift Pest Services, LLC
4 NE 10TH ST # 473
OKLAHOMA CITY, OK 73104-1402

Tre's Make Ready
11010 N MAY AVE APT 239
OKLAHOMA CITY, OK 73120-6324

United States Trustee
United States Trustee
215 Dean A. McGee Ave., 4th Floor
Oklahoma City, OK 73102-3479

Vesta Capital LLC
1422 E 71st Street Ste J
Tulsa, OK 74136-5060

Vesta Holdings LLC
1422 E 71st Street Ste J
Tulsa, OK 74136-5060

Vesta Landscaping Services, LLC
6400 W 110TH ST STE 201
LEAWOOD, KS 66211-1585

Vesta Realty LLC
1422 E 71st Street Ste J
Tulsa, OK 74136-5060

Winstar Marketing
PO BOX 7231
WACO, TX 76714-7231

Woodside Construction Services LLC
117 W 11TH ST
BARTLESVILLE, OK 74003-4712

Zerorez Oklahoma City
14300 N Lincoln Blvd. Suite 108
OKLAHOMA CITY, OK 73013-3437

Zumper, Inc.
Dept 0354
PO Box 120354
DALLAS, TX 75312-0354

Joyce W. Lindauer
Lindauer & Vaughn
117 S. Dallas Street
Ennis, TX 75119-4744

End of Label Matrix
Mailable recipients    69
Bypassed recipients     0
Total                  69