# EXHIBIT "A"

**Vesta Capital, LLC**
**13-Week Cash Flow Budget — Receivership**
*Receiver Cash Flow Forecast — 7801 NE 19th St, Midwest City, OK 73110*

| Property / Debtor: | Fairfax Apartments | | Week 1 Start | 6/15/2026 | | # Actual We | 0 |
|---|---|---|---|---|---|---|---|
| Starting Cash (Beg. Wk 1): | 269,705 | | | | | | |

| Sales and Collections | Week 1 | Week 2 | Week 3 | Week 4 | Week 5 | Week 6 | Week 7 | Week 8 | Week 9 | Week 10 | Week 11 | Week 12 | Week 13 | 13-Wk Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Week Beginning | Jun 15 | Jun 22 | Jun 29 | Jul 6 | Jul 13 | Jul 20 | Jul 27 | Aug 3 | Aug 10 | Aug 17 | Aug 24 | Aug 31 | Sep 7 | |
| Week Ending | Jun 21 | Jun 28 | Jul 5 | Jul 12 | Jul 19 | Jul 26 | Aug 2 | Aug 9 | Aug 16 | Aug 23 | Aug 30 | Sep 6 | Sep 13 | |
| Status | Projected | Projected | Projected | Projected | Projected | Projected | Projected | Projected | Projected | Projected | Projected | Projected | Projected | |
| **Sales** | | | | | | | | | | | | | | |
| Total Sales (memo) | - | - | - | 189,490 | - | - | - | 189,490 | - | - | - | - | 189,490 | 568,471 |
| **Operating Collections** | | | | | | | | | | | | | | |
| Existing Accounts Receivable Collections | 26,569 | 26,569 | 26,569 | 26,569 | 26,569 | 26,569 | 26,569 | 26,569 | - | - | - | - | - | 212,554 |
| Current Sales Collections | - | - | - | 142,118 | 28,424 | 13,264 | 5,685 | 142,118 | 28,424 | 13,264 | 5,685 | - | 142,118 | 521,099 |
| Other Operating Collections | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Operating Collections** | **26,569** | **26,569** | **26,569** | **168,687** | **54,993** | **39,834** | **32,254** | **168,687** | **28,424** | **13,264** | **5,685** | **-** | **142,118** | **733,652** |
| **Non-Operating Collections** | | | | | | | | | | | | | | |
| Asset Sales | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| DIP Financing Draws | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Capital Contributions / Equity | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Non-Operating Collections** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** |
| **Total Collections** | **26,569** | **26,569** | **26,569** | **168,687** | **54,993** | **39,834** | **32,254** | **168,687** | **28,424** | **13,264** | **5,685** | **-** | **142,118** | **733,652** |
| Cumulative Collections | 26,569 | 53,138 | 79,708 | 248,395 | 303,387 | 343,221 | 375,475 | 544,162 | 572,585 | 585,850 | 591,534 | 591,534 | 733,652 | |

| Purchases and Disbursements | Week 1 | Week 2 | Week 3 | Week 4 | Week 5 | Week 6 | Week 7 | Week 8 | Week 9 | Week 10 | Week 11 | Week 12 | Week 13 | 13-Wk Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Week Beginning | Jun 15 | Jun 22 | Jun 29 | Jul 6 | Jul 13 | Jul 20 | Jul 27 | Aug 3 | Aug 10 | Aug 17 | Aug 24 | Aug 31 | Sep 7 | |
| Week Ending | Jun 21 | Jun 28 | Jul 5 | Jul 12 | Jul 19 | Jul 26 | Aug 2 | Aug 9 | Aug 16 | Aug 23 | Aug 30 | Sep 6 | Sep 13 | |
| Status | Projected | Projected | Projected | Projected | Projected | Projected | Projected | Projected | Projected | Projected | Projected | Projected | Projected | |
| **Operating Disbursements** | | | | | | | | | | | | | | |
| Utilities | 31,265 | 31,265 | 31,265 | 31,265 | 31,265 | 31,265 | 31,265 | 31,265 | 31,265 | 31,265 | 31,265 | 31,265 | 31,265 | 406,450 |
| Maintenance & Repair | 1,841 | 1,841 | 1,841 | 1,841 | 1,841 | 1,841 | 1,841 | 1,841 | 1,841 | 1,841 | 1,841 | 1,841 | 1,841 | 23,933 |
| Permits, Taxes & Insurance | 5,973 | 5,973 | 5,973 | 5,973 | 5,973 | 5,973 | 5,973 | 5,973 | 5,973 | 5,973 | 5,973 | 5,973 | 5,973 | 77,645 |
| Other Operating Disbursements | 1,266 | 1,266 | 1,266 | 1,266 | 1,266 | 1,266 | 1,266 | 1,266 | 1,266 | 1,266 | 1,266 | 1,266 | 1,266 | 16,454 |
| Payroll & Payroll Expenses | 5,789 | 5,789 | 5,789 | 5,789 | 5,789 | 5,789 | 5,789 | 5,789 | 5,789 | 5,789 | 5,789 | 5,789 | 5,789 | 75,254 |
| **Total Operating Disbursements** | **46,134** | **46,134** | **46,134** | **46,134** | **46,134** | **46,134** | **46,134** | **46,134** | **46,134** | **46,134** | **46,134** | **46,134** | **46,134** | **599,736** |
| **Non-Operating & Restructuring Disbursements** | | | | | | | | | | | | | | |
| Term Debt — Fees, Interest, Principal | 113,633 | - | - | - | 113,633 | - | - | - | - | 113,633 | - | - | - | 340,899 |
| Management Fees | 2,058 | 2,058 | 2,058 | 2,058 | 2,058 | 2,058 | 2,058 | 2,058 | 2,058 | 2,058 | 2,058 | 2,058 | 2,058 | 26,754 |
| Adequate Protection Payments | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Restructuring Professional Fees | 2,899 | 2,899 | 2,899 | 2,899 | 2,899 | 2,899 | 2,899 | 2,899 | 2,899 | 2,899 | 2,899 | 2,899 | 2,899 | 37,689 |
| U.S. Trustee Fees | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Pre-Petition Claims (per court order) | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Non-Operating Disbursements** | **118,590** | **4,957** | **4,957** | **4,957** | **118,590** | **4,957** | **4,957** | **4,957** | **4,957** | **118,590** | **4,957** | **4,957** | **4,957** | **405,342** |
| **Total Disbursements** | **164,724** | **51,091** | **51,091** | **51,091** | **164,724** | **51,091** | **51,091** | **51,091** | **51,091** | **164,724** | **51,091** | **51,091** | **51,091** | **1,005,078** |
| Cumulative Disbursements | 164,724 | 215,814 | 266,905 | 317,996 | 482,719 | 533,810 | 584,901 | 635,991 | 687,082 | 851,806 | 902,896 | 953,987 | 1,005,078 | |

| | Week 1 | Week 2 | Week 3 | Week 4 | Week 5 | Week 6 | Week 7 | Week 8 | Week 9 | Week 10 | Week 11 | Week 12 | Week 13 | 13-Wk Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Net Cash Flow** | (138,154) | (24,521) | (24,521) | 117,596 | (109,731) | (11,257) | (18,837) | 117,596 | (22,667) | (151,459) | (45,406) | (51,091) | 91,027 | (271,426) |
| Cumulative Net Cash Flow | (138,154) | (162,676) | (187,197) | (69,601) | (179,332) | (190,589) | (209,426) | (91,830) | (114,497) | (265,956) | (311,362) | (362,453) | (271,426) | |

| Liquidity | Week 1 | Week 2 | Week 3 | Week 4 | Week 5 | Week 6 | Week 7 | Week 8 | Week 9 | Week 10 | Week 11 | Week 12 | Week 13 | 13-Wk Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *Week Beginning* | Jun 15 | Jun 22 | Jun 29 | Jul 6 | Jul 13 | Jul 20 | Jul 27 | Aug 3 | Aug 10 | Aug 17 | Aug 24 | Aug 31 | Sep 7 | |
| *Week Ending* | Jun 21 | Jun 28 | Jul 5 | Jul 12 | Jul 19 | Jul 26 | Aug 2 | Aug 9 | Aug 16 | Aug 23 | Aug 30 | Sep 6 | Sep 13 | |
| *Status* | *Projected* | *Projected* | *Projected* | *Projected* | *Projected* | *Projected* | *Projected* | *Projected* | *Projected* | *Projected* | *Projected* | *Projected* | *Projected* | |
| **Beginning Cash Balance** | 269,705 | 131,551 | 107,029 | 82,508 | 200,104 | 90,373 | 79,116 | 60,279 | 177,875 | 155,208 | 3,749 | (41,657) | (92,748) | |
| Net Cash Flow | (138,154) | (24,521) | (24,521) | 117,596 | (109,731) | (11,257) | (18,837) | 117,596 | (22,667) | (151,459) | (45,406) | (51,091) | 91,027 | |
| **Ending Cash Balance** | 131,551 | 107,029 | 82,508 | 200,104 | 90,373 | 79,116 | 60,279 | 177,875 | 155,208 | 3,749 | (41,657) | (92,748) | (1,721) | (1,721) |
| **Borrowing Base / Credit Facility** | | | | | | | | | | | | | | |
| Total Eligible to Borrow | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| Ending Loan Outstanding | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| **Net Availability** | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| **Net Liquidity (Cash + Availability)** | 131,551 | 107,029 | 82,508 | 200,104 | 90,373 | 79,116 | 60,279 | 177,875 | 155,208 | 3,749 | (41,657) | (92,748) | (1,721) | |

**Assumptions & Notes**

*Case CJ-2025-8499, District Court of Oklahoma County, OK. Receiver: Scott Shefman / Friedman Real Estate. Source: Monthly Receiver's Report through 3/31/2026 (filed 5/20/2026), Exhibit C.*

*Forecast: 13 weeks beginning Mon 6/15/2026 (Wk1) through 9/12/2026. All weeks Projected (# Actual Weeks = 0).*

*Opening cash $269,705.10 = Cash-Operating per 3/31/2026 Balance Sheet. EXCLUDES restricted Self-Escrow Security Deposits ($12,998.50) and immaterial Petty Cash ($350).*

*Current collections projected = net billed resident revenue $189,490/mo (Total Resident Revenue, Mar-26), front-loaded to rent due date: 75% wk due / 15% / 7% / 3%. Due dates: Jul 1 (Wk4), Aug 1 (Wk8), Sep 1 (Wk13 partial); June collected pre-period.*

*Existing A/R $212,553.53 (3/31/26 BS) collected evenly over Wks 1–8. NOTE: A/R exceeds one month of billings — recovery pace is a key sensitivity; slower collection pushes cash negative.*

*Operating disbursements = Mar-26 actual monthly run-rate spread by day (weekly = monthly × 7/30): Utilities $133,994.49; Maint & Repair $7,889.96; Permits/Taxes/Insurance $25,597.27; Payroll & Benefits $24,808.89; Other Operating $5,424.41.*

*NOTE: Mar Utilities include Water & Sewer $88,205 booked entirely in March (likely arrears catch-up). Held in run-rate to stay conservative; normalize if recurring water/sewer is lower.*

*Management Fees $8,820.00/mo. Receivership/Professional Fees $12,425.00/mo (Professional Fees G&A).*

*Debt service / adequate protection $113,633.00/mo per client instruction, paid ~10th of month (Wks 1, 5, 10). Loan terms not in receiver financials.*

*EXCLUDED as one-time/non-recurring or non-cash: annual property software fee ~$25,963 (within Mar Technology Licenses & Fees); capital expenditures (Turnover Costs & Labor $25,997). No DIP draws or asset sales modeled.*

*NAC 020_13WCFL | Privileged & Confidential — Prepared for Restructuring Purposes*