"

"

"

"

"

"

"

"

# GZJ KDKV'ðDö"

**Vesta Capital, LLC**
**13-Week Cash Flow Budget — Receivership**
*Receiver Cash Flow Forecast — 7142 S 92nd East Ave, Tulsa, OK 74133*

**Property / Debtor:** Woodland Oaks Apartments     **Week 1 Start** 6/15/2026     **# Actual We** 0
**Starting Cash (Beg. Wk 1):** 391,371

| Sales and Collections | Week 1 | Week 2 | Week 3 | Week 4 | Week 5 | Week 6 | Week 7 | Week 8 | Week 9 | Week 10 | Week 11 | Week 12 | Week 13 | 13-Wk Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Week Beginning | Jun 15 | Jun 22 | Jun 29 | Jul 6 | Jul 13 | Jul 20 | Jul 27 | Aug 3 | Aug 10 | Aug 17 | Aug 24 | Aug 31 | Sep 7 | |
| Week Ending | Jun 21 | Jun 28 | Jul 5 | Jul 12 | Jul 19 | Jul 26 | Aug 2 | Aug 9 | Aug 16 | Aug 23 | Aug 30 | Sep 6 | Sep 13 | |
| Status | Projected | Projected | Projected | Projected | Projected | Projected | Projected | Projected | Projected | Projected | Projected | Projected | Projected | |
| **Sales** | | | | | | | | | | | | | | |
| Total Sales (memo) | - | - | - | 308,928 | - | - | - | 308,928 | - | - | - | - | 308,928 | 926,784 |
| **Operating Collections** | | | | | | | | | | | | | | |
| Existing Accounts Receivable Collections | 9,979 | 9,979 | 9,979 | 9,979 | 9,979 | 9,979 | 9,979 | 9,979 | - | - | - | - | - | 79,831 |
| Current Sales Collections | - | - | - | 231,696 | 46,339 | 21,625 | 9,268 | 231,696 | 46,339 | 21,625 | 9,268 | - | 231,696 | 849,552 |
| Other Operating Collections | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Operating Collections** | **9,979** | **9,979** | **9,979** | **241,675** | **56,318** | **31,604** | **19,247** | **241,675** | **46,339** | **21,625** | **9,268** | **-** | **231,696** | **929,383** |
| **Non-Operating Collections** | | | | | | | | | | | | | | |
| Asset Sales | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| DIP Financing Draws | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Capital Contributions / Equity | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Non-Operating Collections** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** |
| **Total Collections** | **9,979** | **9,979** | **9,979** | **241,675** | **56,318** | **31,604** | **19,247** | **241,675** | **46,339** | **21,625** | **9,268** | **-** | **231,696** | **929,383** |
| Cumulative Collections | 9,979 | 19,958 | 29,937 | 271,611 | 327,930 | 359,533 | 378,780 | 620,455 | 666,794 | 688,419 | 697,687 | 697,687 | 929,383 | |

| Purchases and Disbursements | Week 1 | Week 2 | Week 3 | Week 4 | Week 5 | Week 6 | Week 7 | Week 8 | Week 9 | Week 10 | Week 11 | Week 12 | Week 13 | 13-Wk Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Week Beginning | Jun 15 | Jun 22 | Jun 29 | Jul 6 | Jul 13 | Jul 20 | Jul 27 | Aug 3 | Aug 10 | Aug 17 | Aug 24 | Aug 31 | Sep 7 | |
| Week Ending | Jun 21 | Jun 28 | Jul 5 | Jul 12 | Jul 19 | Jul 26 | Aug 2 | Aug 9 | Aug 16 | Aug 23 | Aug 30 | Sep 6 | Sep 13 | |
| Status | Projected | Projected | Projected | Projected | Projected | Projected | Projected | Projected | Projected | Projected | Projected | Projected | Projected | |
| **Operating Disbursements** | | | | | | | | | | | | | | |
| Utilities | 13,033 | 13,033 | 13,033 | 13,033 | 13,033 | 13,033 | 13,033 | 13,033 | 13,033 | 13,033 | 13,033 | 13,033 | 13,033 | 169,435 |
| Maintenance & Repair | 4,132 | 4,132 | 4,132 | 4,132 | 4,132 | 4,132 | 4,132 | 4,132 | 4,132 | 4,132 | 4,132 | 4,132 | 4,132 | 53,710 |
| Permits, Taxes & Insurance | 10,464 | 10,464 | 10,464 | 10,464 | 10,464 | 10,464 | 10,464 | 10,464 | 10,464 | 10,464 | 10,464 | 10,464 | 10,464 | 136,030 |
| Other Operating Disbursements | 2,161 | 2,161 | 2,161 | 2,161 | 2,161 | 2,161 | 2,161 | 2,161 | 2,161 | 2,161 | 2,161 | 2,161 | 2,161 | 28,091 |
| Payroll & Payroll Expenses | 6,468 | 6,468 | 6,468 | 6,468 | 6,468 | 6,468 | 6,468 | 6,468 | 6,468 | 6,468 | 6,468 | 6,468 | 6,468 | 84,085 |
| **Total Operating Disbursements** | **36,258** | **36,258** | **36,258** | **36,258** | **36,258** | **36,258** | **36,258** | **36,258** | **36,258** | **36,258** | **36,258** | **36,258** | **36,258** | **471,351** |
| **Non-Operating & Restructuring Disbursements** | | | | | | | | | | | | | | |
| Term Debt — Fees, Interest, Principal | 253,763 | - | - | - | 253,763 | - | - | - | - | 253,763 | - | - | - | 761,290 |
| Management Fees | 3,495 | 3,495 | 3,495 | 3,495 | 3,495 | 3,495 | 3,495 | 3,495 | 3,495 | 3,495 | 3,495 | 3,495 | 3,495 | 45,439 |
| Adequate Protection Payments | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Restructuring Professional Fees | 3,883 | 3,883 | 3,883 | 3,883 | 3,883 | 3,883 | 3,883 | 3,883 | 3,883 | 3,883 | 3,883 | 3,883 | 3,883 | 50,482 |
| U.S. Trustee Fees | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Pre-Petition Claims (per court order) | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Non-Operating Disbursements** | **261,142** | **7,379** | **7,379** | **7,379** | **261,142** | **7,379** | **7,379** | **7,379** | **7,379** | **261,142** | **7,379** | **7,379** | **7,379** | **857,212** |
| **Total Disbursements** | **297,400** | **43,636** | **43,636** | **43,636** | **297,400** | **43,636** | **43,636** | **43,636** | **43,636** | **297,400** | **43,636** | **43,636** | **43,636** | **1,328,563** |
| Cumulative Disbursements | 297,400 | 341,036 | 384,673 | 428,309 | 725,709 | 769,345 | 812,981 | 856,618 | 900,254 | 1,197,654 | 1,241,290 | 1,284,927 | 1,328,563 | |

| | Week 1 | Week 2 | Week 3 | Week 4 | Week 5 | Week 6 | Week 7 | Week 8 | Week 9 | Week 10 | Week 11 | Week 12 | Week 13 | 13-Wk Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Net Cash Flow** | (287,421) | (33,657) | (33,657) | 198,039 | (241,082) | (12,033) | (24,390) | 198,039 | 2,703 | (275,775) | (34,369) | (43,636) | 188,060 | (399,180) |
| Cumulative Net Cash Flow | (287,421) | (321,078) | (354,736) | (156,697) | (397,779) | (409,812) | (434,201) | (236,163) | (233,460) | (509,235) | (543,603) | (587,240) | (399,180) | |

| Liquidity | Week 1 | Week 2 | Week 3 | Week 4 | Week 5 | Week 6 | Week 7 | Week 8 | Week 9 | Week 10 | Week 11 | Week 12 | Week 13 | 13-Wk Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *Week Beginning* | Jun 15 | Jun 22 | Jun 29 | Jul 6 | Jul 13 | Jul 20 | Jul 27 | Aug 3 | Aug 10 | Aug 17 | Aug 24 | Aug 31 | Sep 7 | |
| *Week Ending* | Jun 21 | Jun 28 | Jul 5 | Jul 12 | Jul 19 | Jul 26 | Aug 2 | Aug 9 | Aug 16 | Aug 23 | Aug 30 | Sep 6 | Sep 13 | |
| *Status* | *Projected* | *Projected* | *Projected* | *Projected* | *Projected* | *Projected* | *Projected* | *Projected* | *Projected* | *Projected* | *Projected* | *Projected* | *Projected* | |
| **Beginning Cash Balance** | 391,371 | 103,950 | 70,292 | 36,635 | 234,673 | (6,409) | (18,441) | (42,831) | 155,208 | 157,911 | (117,864) | (152,233) | (195,869) | |
| Net Cash Flow | (287,421) | (33,657) | (33,657) | 198,039 | (241,082) | (12,033) | (24,390) | 198,039 | 2,703 | (275,775) | (34,369) | (43,636) | 188,060 | |
| **Ending Cash Balance** | 103,950 | 70,292 | 36,635 | 234,673 | (6,409) | (18,441) | (42,831) | 155,208 | 157,911 | (117,864) | (152,233) | (195,869) | (7,809) | (7,809) |
| **Borrowing Base / Credit Facility** | | | | | | | | | | | | | | |
| Total Eligible to Borrow | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| Ending Loan Outstanding | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| **Net Availability** | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| **Net Liquidity (Cash + Availability)** | 103,950 | 70,292 | 36,635 | 234,673 | (6,409) | (18,441) | (42,831) | 155,208 | 157,911 | (117,864) | (152,233) | (195,869) | (7,809) | |

**Assumptions & Notes**

*Case CJ-2025-8499, District Court of Oklahoma County, OK. Receiver: Scott Shefman / Friedman Real Estate. Source: Monthly Receiver's Report through 3/31/2026 (filed 5/20/2026), Exhibit B.*

*Forecast: 13 weeks beginning Mon 6/15/2026 (Wk1) through 9/12/2026. All weeks Projected (# Actual Weeks = 0).*

*Opening cash $391,370.56 = Cash-Operating per 3/31/2026 Balance Sheet. EXCLUDES restricted Self-Escrow Security Deposits ($53,036.85) and immaterial Petty Cash ($350).*

*Current collections projected = net billed resident revenue $308,928/mo (Total Resident Revenue, Mar-26), front-loaded to rent due date: 75% wk due / 15% / 7% / 3%. Due dates: Jul 1 (Wk4), Aug 1 (Wk8), Sep 1 (Wk13 partial); June collected pre-period.*

*Existing A/R $79,830.91 (3/31/26 BS) collected evenly over Wks 1–8.*

*Operating disbursements = Mar-26 actual monthly run-rate spread by day (weekly = monthly × 7/30): Utilities $55,857.60; Maint & Repair (Total Operating & Repairs) $17,706.61; Permits/Taxes/Insurance $44,845.17; Payroll & Benefits $27,720.35; Other Operating $9,260.73 (advertising + recurring G&A).*

*Management Fees $14,980.00/mo. Receivership/Professional Fees $16,642.50/mo (Professional Fees G&A — "professional services for receivership order and obligations").*

*Debt service / adequate protection $253,763.46/mo per client instruction, paid ~10th of month (Wks 1, 5, 10). Loan terms not in receiver financials.*

*EXCLUDED as one-time/non-recurring or non-cash: annual property software fee ~$43,132 (within Mar Technology Licenses & Fees); capital expenditures (Turnover Costs & Labor $37,477; Computer Equip $3,626). No DIP draws or asset sales modeled.*

*NAC 020_13WCFL | Privileged & Confidential — Prepared for Restructuring Purposes*