**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF OKLAHOMA**
**OKLAHOMA CITY DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **FAIRFAX BEST LIVING, LLC,** | § | **CASE NO. 26-11985-sah** |
| | § | |
| Debtor. | § | **Chapter 11** |

**AMENDMENT COVER SHEET**

This document:

**X**  Corrects the previous filed document(s).

☐  Replaces the previous filed document(s).

☐  Supplements the previous filed document(s).

**Summary of revisions:**

Corrective Entry - Correction needed on docket entry 38 List of Equity Security Holders. Pleading was not signed personally or electronically by the Attorney. Please file an amended pleading that includes the original handwritten or electronic signature of the Attorney. If the ECF system has a specific Amended event for this pleading, use that event. If not, then use the original event and select Amended from the Dropdown Box. Signature of Attorney must contain the complete signature block. If the correction is not made by the close of business on 7/2/2026 the entry will be stricken. (dwebs, ca)

Docket 38 List of Equity Security Holders has been amended to include the electronic signature of the Attorney.

I declare under penalty of perjury that the foregoing is true and correct.

Local Form 1009-1.A                                                                 Rev. 09/01/2024

Date: 06/29/2026

Marc L. Kulick, Manager of Louis
Investments, LLC, the Manager of Fairfax
Holding Company, LLC, the Manager of
the Debtor
**X**    Represented by Counsel - *you must fill out address on 2nd page*

Approved by:

*/s/ Joyce W. Lindauer*
Joyce W. Lindauer
Texas State Bar No. 21555700
Lindauer & Vaughn
117 S. Dallas Street
Ennis, Texas 75119
Telephone: (972) 503-4033
Fax No.: (972) 503-4034
Email: joyce@joycelindauer.com
Proposed Counsel for Debtor

Local Form 1009-1.A                                                    Rev. 09/01/2024

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF OKLAHOMA
OKLAHOMA CITY DIVISION

IN RE:                                                                CHAPTER **11**
**Fairfax Best Living, LLC**

DEBTOR(S)                                                    CASE NO  **26-11985**

LIST OF EQUITY SECURITY HOLDERS

| Registered Name of Holder of Security Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|

Fairfax Holding Company, LLC - 100% ownership

**DECLARATION UNDER PENALTY OF PERJURY
ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, the _____ Authorized Representative _____ of the _____ Limited Liability Company _____
named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **06/29/2026**                    Signature: _____

Marc L. Kulick
Manager of Louis Investments, LLC, the
Manager of Fairfax Holding Company, LLC,
the Manager of the Debtor


/s/ Joyce W. Lindauer
Joyce W. Lindauer
Texas State Bar No. 21555700
Lindauer & Vaughn
117 S. Dallas Street
Ennis, TX 75119
Telephone: (972) 503-4033
Fax No.: (972) 503-4034
Email: joyce@joycelindauer.com
Proposed Attorneys for Debtor